Deborah J. Fox (SBN: 110929)
kcolwell@meyersnave.com
Tricia L. Hynes (SBN: 212550)
thynes@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, CA 94607
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

Attorneys for Defendants
CITY OF PITTSBURG, CHIEF AARON BAKER,
LIEUTENANT DERBY, SERGEANT CALIA, and
SERGEANT DUPONT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED J. ABONO, JR. MARK W. DAVIS, and DANIEL ROAY,<br><br>               Plaintiffs,<br><br>v.<br><br>CITY OF PITTSBURG, a municipal entity form unknown; AARON L. BAKER, Chief of Police, City of Pittsburg in his individual and official capacity; LT. W. DERBY, City of Pittsburg Police Department, an individual, SGT. (fnu) CALIA, City of Pittsburg Police Department, an individual, SGT. (fnu) DUPONT, City of Pittsburg Police Department, an individual, and JOHN DOES 1-20,<br><br>               Defendants. | Case No: C07-3969 EDL<br><br>**DEFENDANTS' DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**<br><br>Complaint Filed:  August 2, 2007<br>Service Effective:  September 21, 2007 |

COMES NOW DEFENDANTS CITY OF PITTSBURG, CHIEF AARON BAKER, LIEUTENANT DERBY, SERGEANT CALIA, and SERGEANT DUPONT who is "the undersigned party." The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby request the reassignment of this case to a United States District Judge.

Dated: October 9, 2007

Respectfully submitted,

MEYERS, NAVE, RIBACK, SILVER & WILSON

By: _____
Deborah J. Fox
Tricia L. Hynes
Attorneys for Defendants
CITY OF PITTSBURG, CHIEF AARON BAKER,
LIEUTENANT DERBY, SERGEANT CALIA, and
SERGEANT DUPONT

1018701_1.DOC

Defs' Declaration and Request for Reassignment
1