**United States District Court**
For the Northern District of California

1

2

3

4                   UNITED STATES DISTRICT COURT

5                 NORTHERN DISTRICT OF CALIFORNIA

6

ALFRED J. ABONO, JR.,

7
                Plaintiff,                      No. C-07-03969 EDL

8
        v.                                      NOTICE OF IMPENDING
9                                               REASSIGNMENT TO A UNITED
                                                STATES DISTRICT COURT JUDGE

10
CITY OF PITTSBURG, et al.,

11
                Defendants.
12  _____/

13        The Clerk of this Court will now randomly reassign this case to a United States District Judge

14  because either:

15  **XX**    (1)    One or more of the parties has requested reassignment to a United States District Judge

16  or has not consented to the jurisdiction of a United States Magistrate Judge, or

17          (2)    One or more of the parties has sought a type of judicial action (e.g., a temporary

18  restraining order) that a United States Magistrate Judge may not take without the consent of all parties,

19  the necessary consents have not been secured, and time is of the essence.

20        The CASE MANAGEMENT CONFERENCE previously scheduled for November 6, 2007, at

21  10:00 a.m. on Magistrate Judge Laporte's calendar will NOT be held.

22

23  Dated:  October 15, 2007

24                                              Richard W. Wieking, Clerk
                                                United States District Court

25
                                                By: Lili M. Harrell
26                                              Deputy Clerk

27

28