**UNITED STATES DISTRICT COURT**

**Northern District of California**

**450 Golden Gate Avenue**

**San Francisco, California 94102**

———————

www.cand.uscourts.gov

Richard W. Wieking

Clerk

General Court Number

415.522.2000

**October 17, 2007**

**CASE NUMBER:  CV 07-03969 EDL**

**CASE TITLE:  ALFRED J. ABONO JR.-v-PITTSBURG CITY OF**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **Oakland**  division.

**Honorable SAUNDRA BROWN ARMSTRONG**  for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **SBA**  immediately

after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 10/17/07

FOR THE EXECUTIVE COMMITTEE:

_____

Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies

Log Book Noted

Special Projects

Entered in Computer 10/17/07AS

CASE SYSTEMS ADMINISTRATOR:

Copies to:  All Counsel

Transferor CSA