1 | Deborah J. Fox (SBN: 110929)
kcolwell@meyersnave.com
2 | Tricia L. Hynes (SBN: 212550)
thynes@meyersnave.com
3 | MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
4 | Oakland, CA  94607
Telephone: (510) 808-2000
5 | Facsimile: (510) 444-1108

6 | Attorneys for Defendants
CITY OF PITTSBURG, CHIEF AARON BAKER,
7 | LIEUTENANT DERBY, SERGEANT CALIA, and
SERGEANT DUPONT

8

9 | UNITED STATES DISTRICT COURT

10 | NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED J. ABONO, JR. MARK W. DAVIS, and DANIEL ROAY,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF PITTSBURG, a municipal entity form unknown; AARON L. BAKER, Chief of Police, City of Pittsburg in his individual and official capacity; LT. W. DERBY, City of Pittsburg Police Department, an individual, SGT. (fnu) CALIA, City of Pittsburg Police Department, an individual, SGT. (fnu) DUPONT, City of Pittsburg Police Department, an individual, and JOHN DOES 1-20,<br><br>Defendants. | Case No:  C07-3969 EDL<br><br>**DEFENDANTS' NOTICE OF WITHDRAWAL OF STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**<br><br>Complaint Filed:  August 2, 2007<br>Service Effective:  September 21, 2007 |

Defs' Notice of Withdrawal of Stipulation and [Proposed] Order Selecting ADR Process [C07-3969EDL]

COMES NOW DEFENDANTS CITY OF PITTSBURG, CHIEF AARON BAKER, LIEUTENANT DERBY, SERGEANT CALIA, and SERGEANT DUPONT who hereby withdraw the Stipulation and [Proposed] Order Selecting ADR Process (ENE) filed on October 15, 2007.

Dated: October 18, 2007          Respectfully submitted,

                                    MEYERS, NAVE, RIBACK, SILVER & WILSON


                                    By:  _____/s/_____
                                            Deborah J. Fox
                                            Tricia L. Hynes
                                    Attorneys for Defendants
                                    CITY OF PITTSBURG, CHIEF AARON BAKER, LIEUTENANT DERBY, SERGEANT CALIA, and SERGEANT DUPONT

1022723_1.DOC