Deborah J. Fox (SBN: 110929)
dfox@meyersnave.com
Tricia L. Hynes (SBN: 212550)
thynes@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, CA 94607
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

Attorneys for Defendants
CITY OF PITTSBURG, CHIEF AARON BAKER,
LIEUTENANT DERBY, SERGEANT CALIA, and
SERGEANT DUPONT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED J. ABONO, JR. MARK W. DAVIS and DANIEL ROAY,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF PITTSBURG, a municipal entity form unknown; AARON L. BAKER, Chief of Police, City of Pittsburg in his individual and official capacity; LT. W. DERBY, City of Pittsburg Police Department, an individual, SGT. (fnu) CALIA, City of Pittsburg Police Department, an individual, SGT. (fnu) DUPONT, City of Pittsburg Police Department, an individual, and JOHN DOES 1-20,<br><br>Defendants. | Case No:   C07-3969 EDL (SBA)<br><br>Related Case: Contra Costa County Superior Court Case No. C07-0173<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO RELATE CASES**<br>[Local Rule 3-12]<br><br>Date:   January 15, 2008<br>Time:   1:00 p.m.<br>Dept.:  Crtrm. 3, 3rd Floor |

I.  **NOTICE OF MOTION**

TO ALFRED J. ABONO, JR. MARK W. DAVIS and DANIEL ROAY AND THEIR ATTORNEY OF RECORD:

Please take notice that on November 20, 2007, at the hour of 9:00 a.m., or as soon thereafter as the matter can be heard in Courtroom E, 15th Floor of this Court, located at 450 Golden Gate Avenue, San Francisco, California, the DEFENDANTS CITY OF PITTSBURG, CHIEF AARON BAKER, LIEUTENANT DERBY, SERGEANT CALIA, and SERGEANT DUPONT ("Defendants"), will move this Court to relate Case No. C07-3969 EDL and Case No. _____.

II. **MOTION TO RELATE CASES**

Defendants inform this Court that the present case, Docket No. C07-3969 EDL, is the same case as Docket No._____.

On September 21, 2007, an action was commenced in the U.S. District Court, Northern District, against the above Defendants in Docket No. C07-3969 EDL, alleging violations of plaintiffs' constitutional and state law rights. Defendants have appeared in this action.

Also on September 21, 2007, an action was commenced in the Superior Court of the State of California, in and for the County of Contra Costa, Action No. C07-0173 against the above Defendants, alleging identical factual allegations and causes of action, save for the labeling of these claims. Defendants have not yet appeared in this action.

On or about October 9, 2007, Defendants removed the Superior Court Action No. C07-0173 to federal court, based on the nature of the claims alleged by plaintiff arising under the First Amendment to the U.S. Constitution. Specifically, both Complaints allege identical violations of the plaintiff's right to wear and display their club insignia and patches and to freely associate with members and friends. The two Complaints are identical in their charging allegations, the City Ordinance at issue, causes of action, and their prayer for damages, save for their request for an injunction in Docket No. C07-3969 EDL.

Plaintiffs' action that was originally commenced in federal court, Docket No. C07-3969 EDL is now assigned to the Northern Federal District Court at San Francisco. It is respectfully submitted that the removed case, Superior Court Action No. C07-0173, be related to Action No. C07-3969 EDL as

1  the cases are, for all intents and purposes, identical.

2  Dated:   October 22, 2007                Respectfully submitted,

3                                            MEYERS, NAVE, RIBACK, SILVER & WILSON

5                                            By:  _____/S/_____
6                                                   Deborah J. Fox
                                                    Tricia L. Hynes
                                            Attorneys for Defendants
7                                           CITY OF PITTSBURG, CHIEF AARON BAKER,
                                            LIEUTENANT DERBY, SERGEANT CALIA, and
8                                           SERGEANT DUPONT

This matter came before this Court pursuant to notice on November 20, 2007.

The Court has read and considered the parties' pleadings, evidence in support of and in opposition to Defendants' Motion to Relate Cases. Having reviewed the papers submitted by the parties, and good cause appearing therefore, the matter having been submitted on the papers and considered,

IT IS HEREBY ORDERED AS FOLLOWS:

Defendants Motion to Relate Docket No. C07-3969 and Removed State Court Action Contra Costa County Superior Court Docket No. C07-0173 shall be, and hereby is, granted for the following reasons:

1. Both Actions involve the same facts arising from the same event, and thus involve identical questions of fact;

2. In both Actions, plaintiffs allege that the Pittsburg City defendants violated plaintiffs' state and federal constitutional rights, and thus both Actions involve identical questions of law;

3. Relating these cases will not prejudice any party to either Action; and

4. Relating these cases will promote judicial economy.

IT IS SO ORDERED.

Dated: _____, 2007       _____
                                    COURT

1018703_1.DOC