Deborah J. Fox (SBN: 110929)
dfox@meyersnave.com
Tricia L. Hynes (SBN: 212550)
thynes@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, CA 94607
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

Ruthann G. Ziegler (SBN: 88854)
rziegler@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 Capitol Mall, Suite 1200
Sacramento, CA 95814
Telephone: (916) 556-1531
Facsimile: (916) 556-1516

Attorneys for Defendants
CITY OF PITTSBURG, CHIEF AARON BAKER,
LIEUTENANT WADE DERBY, SERGEANT JAMES CALIA, and
SERGEANT RODERICK DUPONT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED J. ABONO, JR. MARK W. DAVIS and DANIEL ROAY,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF PITTSBURG, a municipal entity form unknown; AARON L. BAKER, Chief of Police, City of Pittsburg in his individual and official capacity; LT. W. DERBY, City of Pittsburg Police Department, an individual, SGT. (fnu) CALIA, City of Pittsburg Police Department, an individual, SGT. (fnu) DUPONT, City of Pittsburg Police Department, an individual, and JOHN DOES 1-20,<br><br>Defendants. | Case No:   C07-3969 SBA<br><br>Related Case: Contra Costa County Superior Court Case No. C07-0173<br><br>**DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED [Local Rule 3-12]; DECLARATION OF TRICIA L. HYNES IN SUPPORT THEREOF; [PROPOSED] ORDER**<br><br>Deemed submitted after receipt of an Opposition, if any |

## I. NOTICE OF MOTION

TO ALFRED J. ABONO, JR., MARK W. DAVIS and DANIEL ROAY AND THEIR ATTORNEYS OF RECORD:

Please take notice that on October 25, 2007, the DEFENDANTS CITY OF PITTSBURG, CHIEF AARON BAKER, LIEUTENANT DERBY, SERGEANT CALIA, and SERGEANT DUPONT ("Defendants"), filed an Administrative Motion to Consider Whether Case No. C07-3969 SBA and Case No. C07-05371 JCS should be related. This matter will be deemed submitted on the papers following the parties' stipulation, or the filing of plaintiffs' Opposition thereto.

## II. MOTION TO RELATE CASES

Defendants inform this Court that the present case, Docket No. C07-3969, is the same case as Docket No. C07-05371.

On September 21, 2007, an action was commenced in the U.S. District Court, Northern District, against the above Defendants in Docket No. C07-3969, alleging violations of plaintiffs' constitutional and state law rights. Defendants have appeared in this action.

Also, on September 21, 2007, an action was commenced in the Superior Court of the State of California, in and for the Removed Action, Docket No. C07-05371 against the above Defendants, alleging identical factual allegations and causes of action, save for the labeling of these claims. Defendants have not yet appeared in this action.

On or about October 22, 2007, Defendants removed the Removed Action, Docket No. C07-05371 to federal court, based on the nature of the claims alleged by plaintiff arising under the First Amendment to the U.S. Constitution. Specifically, both Complaints allege identical violations of the plaintiff's right to wear and display their club insignia and patches and to freely associate with members and friends. The two Complaints are identical in their charging allegations, the City Ordinance at issue, causes of action, and their prayer for damages, save for their request for an injunction in Docket No. C07-3969.

Plaintiffs' action that was originally commenced in federal court, Docket No. C07-3969 is now assigned to the Northern Federal District Court at Oakland. It is respectfully submitted that the removed case, Removed Action, Docket No. C07-05371, be related to Docket No. C07-3969 as the

1 | cases are, for all intents and purposes, identical.

2 | Dated:   October 25, 2007            Respectfully submitted,

MEYERS, NAVE, RIBACK, SILVER & WILSON


By: _____/S/_____
    Tricia L. Hynes
Attorneys for Defendants
CITY OF PITTSBURG, CHIEF AARON BAKER,
LIEUTENANT WADE DERBY, SERGEANT JAMES CALIA,
and SERGEANT RODERICK DUPONT

1018703_1

# DECLARATION OF TRICIA L. HYNES

I, Tricia L. Hynes, declare as follows:

1. I am an attorney at law, licensed to practice before all of the courts of the State of California and in the Northern District of the United States District Court. I am attorney of record for Defendants CITY OF PITTSBURG, CHIEF AARON BAKER, LIEUTENANT DERBY, SERGEANT CALIA, and SERGEANT DUPONT.

2. This case, Docket No. C07-3969, is the same case as Docket No. C07-05371.

3. On September 21, 2007, an action was commenced in the U.S. District Court, Northern District, against the above Defendants in Docket No. C07-3969, alleging violations of plaintiffs' constitutional and state law rights. Defendants have appeared in this action.

4. Also on September 21, 2007, an action was commenced in the Superior Court of the State of California, in and for the County of Contra Costa. Defendants removed this case, based on the nature of the claims alleged by plaintiff arising under the First Amendment to the U.S. Constitution and it is Docket No. C07-05371. This case, too is against the above Defendants, and alleges identical factual allegations and causes of action, save for the labeling of these claims. Defendants have not yet appeared in this action.

5. Both Complaints allege identical violations of the plaintiff's right to wear and display their club insignia and patches and to freely associate with members and friends. The two Complaints are identical in their charging allegations, the City Ordinance at issue, causes of action, and their prayer for damages, save for their request for an injunction in Docket No. C07-3969.

6. Plaintiffs' action that was originally commenced in federal court, Docket No. C07-3969 is now assigned to the Northern Federal District Court at Oakland. It is respectfully submitted that the removed case, Removed Action, Docket No. C07-05371, be related to Docket No. C07-3969 as the cases are, for all intents and purposes, identical.

7. On October 23, 2007, I contacted Plaintiffs' counsel, Dennis Cunningham, who represents the plaintiffs in both Actions, requesting that he stipulate to relate these cases. As of the

///
///

filing of this Administrative Motion, October 25, 2007, I have not heard back from Mr. Cunningham about whether he is amenable to stipulating to relate these two Actions.

I declare, under penalty of perjury of the laws of the state of California, that the foregoing is true and correct to the best of my knowledge.

Executed on this 25th day of October 2007, in Oakland, California.

_____
Tricia L. Hynes

# [PROPOSED] ORDER

This matter came before this Court by way of Defendants' Administrative Motion to Consider whether cases should be deemed related, filed on October 25, 2007.

The Court has read and considered the parties' pleadings, evidence in support of and in opposition to Defendants' Motion to Relate Cases. Having reviewed the papers submitted by the parties, and good cause appearing therefore, the matter having been submitted on the papers and considered,

IT IS HEREBY ORDERED AS FOLLOWS:

Defendants' Motion to Relate Docket No. C07-3969 and Removed Docket No C07-05371 JCS shall be, and hereby is, granted for the following reasons:

1. Both Actions involve the same facts arising from the same event, and thus involve identical questions of fact;
2. In both Actions, plaintiffs allege that the Pittsburg City defendants violated plaintiffs' state and federal constitutional rights, and thus both Actions involve identical questions of law;
3. Relating these cases will not prejudice any party to either Action; and
4. Relating these cases will promote judicial economy.

IT IS SO ORDERED.

Dated: _____, 2007    _____
DISTRICT COURT JUDGE

1018703_1.DOC