Deborah J. Fox (SBN: 110929)
dfox@meyersnave.com
Tricia L. Hynes (SBN: 212550)
thynes@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, CA 94607
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

Attorneys for Defendants
CITY OF PITTSBURG, CHIEF AARON BAKER,
LIEUTENANT DERBY, SERGEANT CALIA, and
SERGEANT DUPONT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ALFRED J. ABONO, JR. MARK W. DAVIS and DANIEL ROAY,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF PITTSBURG, a municipal entity form unknown; AARON L. BAKER, Chief of Police, City of Pittsburg in his individual and official capacity; LT. W. DERBY, City of Pittsburg Police Department, an individual, SGT. (fnu) CALIA, City of Pittsburg Police Department, an individual, SGT. (fnu) DUPONT, City of Pittsburg Police Department, an individual, and JOHN DOES 1-20,<br><br>Defendants. | Case No:    C07-3969 SBA<br><br>Related Case:  Contra Costa County Superior Court Case No. C07-0173<br><br>**CERTIFICATE OF SERVICE** |
|---|---|

Defendants' Proof of Service

FRCP Rule 5(b)

I am employed in the City of Oakland and County of Alameda, California. I am over the age of 18 years and not a party to the within action. My business address is Meyers, Nave, Riback, Silver & Wilson, 555 12th Street, Suite 1500, Oakland, CA 94607.

On <u>October 25, 2007</u>, I served the within:

- **DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED [Local Rule 3-12]; DECLARATION OF TRICIA L. HYNES IN SUPPORT THEREOF; [PROPOSED] ORDER**

on the parties in this action by placing a true copy thereof in a sealed envelope, addressed as follows:

| | |
|---|---|
| Dennis Cunningham<br>Law Offices of Dennis Cunningham<br>115-1/2 Bartlett Street<br>San Francisco, CA 94110 | Attorneys for Plaintiffs<br><br>Telephone No.: (415) 285.8091<br>Facsimile No.: (415) 285.8092<br>Email: denniscunningham@juno.com |
| Alan Caplan, Esq.<br>630 Carolina Street<br>San Francisco, CA 94107 | Telephone No.: (415) 826.2371<br>Facsimile No.: (415) 824.7148<br>Email: apc716@pacbell.net |
| Jai M. Cohel<br>Attorney at Law<br>819 Eddy Street<br>San Francisco, CA 94109 | Telephone No.: (415) 771.6174<br>Facsimile No.: (415) 474.3748<br>Email: jaigohel@rocketmail.com |

__X__ (**BY FIRST-CLASS MAIL**) I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Oakland, California. I am readily familiar with the business practice for collection and processing of mail in this office; and that in the ordinary course of business said document would be deposited with the U.S. Postal Service in Oakland on that same day. I understand that service shall be presumed invalid upon motion of a party served if the postal cancellation date or postage meter date on the envelope is more than one day after the date of deposit for mailing contained in this declaration.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

EXECUTED at Oakland, California on <u>October 25, 2007</u>.

*Kathleen K. Yanaga*
Kathleen K. Yanaga

Proof of Service                                                                                                     1