1  Deborah J. Fox (SBN: 110929)
   dfox@meyersnave.com
2  Tricia L. Hynes (SBN: 212550)
   thynes@meyersnave.com
3  MEYERS, NAVE, RIBACK, SILVER & WILSON
   555 12th Street, Suite 1500
4  Oakland, CA  94607
   Telephone: (510) 808-2000
5  Facsimile: (510) 444-1108

6  Attorneys for Defendants
   CITY OF PITTSBURG, CHIEF AARON BAKER,
7  LIEUTENANT DERBY, SERGEANT CALIA, and
   SERGEANT DUPONT

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11  ALFRED J. ABONO, JR. MARK W. DAVIS          Case No:        C07-3969 SBA
    and DANIEL ROAY,
12                                              Related Case:  Contra Costa County Superior
                                                               Court Case No. C07-0173
13                  Plaintiffs,

14  v.                                          **CERTIFICATION OF INTERESTED
                                                ENTITIES OR PERSONS**
15  CITY OF PITTSBURG, a municipal entity
    form unknown; AARON L. BAKER, Chief of
16  Police, City of Pittsburg in his individual and
    official capacity; LT. W. DERBY, City of
17  Pittsburg Police Department, an individual,
    SGT. (fnu) CALIA, City of Pittsburg Police
18  Department, an individual, SGT. (fnu)
    DUPONT, City of Pittsburg Police
19  Department, an individual, and JOHN DOES
    1-20,
20
                    Defendants.
21

22

23

24

25

26

27

28

Certificate of Interested Parties [C07-3969 SBA]

1    Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than the

2   named parties, there is no such interest to report.

3

4   Dated:  December 4, 2007          Respectfully submitted,

5                                     MEYERS, NAVE, RIBACK, SILVER & WILSON

6

7                                     By:  _____/s/_____

                                            Tricia L. Hynes
8                                     Attorneys for Defendants
                                      CITY OF PITTSBURG, CHIEF AARON BAKER,
9                                     LIEUTENANT WADE DERBY, SERGEANT JAMES CALIA,
                                      and SERGEANT RODERICK DUPONT
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28