1
2

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

3
4  ALFRED J. ABONO, JR. MARK W. DAVIS, and DANIEL ROAY,

5              Plaintiffs,
     v.
6
7  CITY OF PITTSBURG, a municipal entity form unknown; AARON L. BAKER, Chief of Police, City of
8  Pittsburg in his individual and official capacity; LT. W. DERBY, City of
9  Pittsburg Police Department, an individual, SGT. (fnu) CALIA, City of
10 Pittsburg Police Department, an individual, SGT. (fnu) DUPONT, City of
11 Pittsburg Police Department, an individual, and JOHN DOES 1-20,
12
              Defendants.
13

No.  C 07-03969 SBA

**ORDER**
[Docket Nos. 13 & 14]

14

15    Currently before the Court are defendants' motions to relate and consolidate Case No. C
16 07-3969 SBA with Case No. C 07-05371 MHP [Docket Nos. 13 & 14].  The Court notes that a motion
17 to remand is currently pending before the court in Case No. C 07-05371 MHP, with a hearing on the
18 motion scheduled for February 4, 2008. *See* Case No. C 07-05371 MHP, Docket No. 15. Plaintiffs in
19 that case argue that the case should be remanded because that case, unlike the instant one, does not
20 explicitly assert any federal claims. *Id.*
21    In the interests of the conservation of resources and judicial efficiency, this Court finds it prudent
22 to reserve ruling on the motions to relate and consolidate until the court has ruled on the motion to
23 remand in Case No. C07-05371 MHP.  Accordingly,  IT IS HEREBY ORDERED THAT defendants'
24 motions to relate and consolidate Case No. C 07-3969 SBA with Case No. C 07-05371 MHP [Docket
25 Nos. 13 & 14] are DENIED WITHOUT PREJUDICE as to defendants reurging the motions in the event
26 the court in Case No. C07-05371 MHP denies the motion to remand.
27    IT IS FURTHER ORDERED THAT the Case Management Conference currently scheduled for
28 January 15, 2008 shall be CONTINUED to April 9, 2008 at 3:30 p.m.  The parties shall **meet and**

1  **confer** prior to the conference and shall prepare a joint Case Management Conference Statement which
2  shall be filed no later than ten (10) days prior to the Case Management Conference that complies with
3  the Standing Order For All Judges Of The Northern District Of California and the Standing Order of
4  this Court.  Plaintiffs shall be responsible for filing the statement as well as for arranging the conference
5  call.  All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.
6      IT IS SO ORDERED.

8  Date:  1/10/08          _____
                              Saundra Brown Armstrong
9                                United States District Judge