Deborah J. Fox (SBN: 110929)
dfox@meyersnave.com
Tricia L. Hynes (SBN: 212550)
thynes@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, CA  94607
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

Ruthann G. Ziegler (SBN: 88854)
rziegler@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 Capitol Mall, Suite 1200
Sacramento, CA  95814
Telephone: (916) 556-1531
Facsimile: (916) 556-1516

Attorneys for Defendants
CITY OF PITTSBURG, CHIEF AARON BAKER,
LIEUTENANT WADE DERBY, SERGEANT JAMES CALIA, and
SERGEANT RODERICK DUPONT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED J. ABONO, JR. MARK W. DAVIS and DANIEL ROAY,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF PITTSBURG, a municipal entity form unknown; AARON L. BAKER, Chief of Police, City of Pittsburg in his individual and official capacity; LT. W. DERBY, City of Pittsburg Police Department, an individual, SGT. (fnu) CALIA, City of Pittsburg Police Department, an individual, SGT. (fnu) DUPONT, City of Pittsburg Police Department, an individual, and JOHN DOES 1-20,<br><br>    Defendants. | Case No:       C07-3969 SBA<br><br>Related Case:  Contra Costa County Superior Court Case No. C07-0173<br><br>**NOTICE OF UNAVAILABILITY OF COUNSEL** |

Notice of Unavailability of Counsel [C07-3969 SBA]

1  TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

2  NOTICE IS HEREBY GIVEN that Tricia L. Hynes, counsel for Defendants City of Pittsburg, Chief Aaron Baker, Lieutenant Wade Derby, Sergeant James Calia, and Sergeant Roderick Dupont will be unavailable March 28, 2008 through April 7, 2008, for all purposes including but not limited to receiving notice of any kind, appearing in court, responding to ex parte applications, filing papers, responding to communications, or attending depositions.  (See *Tenderloin Housing Clinic v. Sparks* (1992) 8 Cal. App. 4th 299, 304-305.)

Dated:  March 26, 2008

Respectfully submitted,

MEYERS, NAVE, RIBACK, SILVER & WILSON

By:  _____/s/_____
         Tricia L. Hynes
Attorneys for Defendants
CITY OF PITTSBURG, CHIEF AARON BAKER,
LIEUTENANT WADE DERBY, SERGEANT JAMES CALIA,
and SERGEANT RODERICK DUPONT

1036744.2