DENNIS CUNNINGHAM, CA SBN 11290
Law Offices of Dennis Cunningham
115 ½ Bartlett Street
San Francisco, California 94110
Telephone: (415) 285-8091
Facsimile:   (415) 285-8092

ALAN CAPLAN, MA SBN 072700
630 Carolina Street
San Francisco, CA 94107
Telephone: (415) 826-2371
Facsimile:   (415) 824-7148
Email: apc716@pacbell.net

JAI M. GOHEL, CA SBN No. 170782
Attorney at Law
819 Eddy Street
San Francisco, California 94109
Telephone: (415) 771-6174
Facsimile:   (415) 474-3748
Email: jaigohel@rocketmail.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED J. ABONO, JR.<br><br>                Plaintiff,<br><br>v.<br><br>CITY OF PITTSBURG, a municipal entity form unknown; AARON L. BAKER, Chief of Police, City of Pittsburg in his individual and official capacity; LT. W. DERBY, City of Pittsburg Police Department, an individual, SGT. (fnu) CALIA, City of Pittsburg Police Department, an individual, SGT. (fnu) DUPONT, City of Pittsburg Police Department, an individual, and JOHN DOES 1-20,<br><br>                Defendants. | Case No: C07-3969 SBA<br><br>**STIPULATION RE CONTINUANCE OF CASE MANAGEMENT CONFERENCE PENDING FURTHER SETTLEMENT CONFERENCE; [PROPOSED] ORDER**<br><br>Complaint Filed: August 2, 2007;<br>Amended Complaint Filed: September 12, 2007 |

STIPULATION   [C07-5371-MHP]

1  All parties participated in a settlement conference with Magistrate James Larson on
2  March 11, 2008 in *Alfred Abono et al. v. City of Pittsburg et al.*, United States District Court,
3  Northern District of California, Case No. C07-3969 SBA.  Magistrate Larson asked for
4  additional information and the settlement conference was continued to allow the City time to
5  confer with its legislative body the City Council.
6  The parties anticipate a follow up session with Magistrate Larson to be set in the near
7  future.  The tentative date set for this further settlement conference is May 12, 2008.  The
8  parties request that the status conference currently set for telephone conference on April 24,
9  2008 at 3:45 be continued to a date after the May 12 settlement conference.

Dated:  April 14, 2008          Respectfully submitted,

                                MEYERS, NAVE, RIBACK, SILVER & WILSON


                                By:        /s/ Deborah J. Fox
                                    DEBORAH J. FOX
                                    Attorneys for Defendants
                                    CITY OF PITTSBURG, CHIEF AARON BAKER,
                                    LIEUTENANT WADE DERBY, SERGEANT JAMES
                                    CALIA, and SERGEANT RODERICK DUPONT


Dated:  April 14, 2008          Respectfully submitted,

                                LAW OFFICES


                                By:    /S/ Jai M. Gohel
                                    JAI GOHEL
                                    Attorneys for Plaintiff
                                    ALFRED ABONO

_____1_____
STIPULATION   [C07 3969 SBA]