1  DENNIS CUNNINGHAM, CA SBN 11290
   Law Offices of Dennis Cunningham
2  115 ½ Bartlett Street
   San Francisco, California 94110
3  Telephone: (415) 285-8091
   Facsimile:  (415) 285-8092
4

5  ALAN CAPLAN, MA SBN 072700
   630 Carolina Street
6  San Francisco, CA 94107
   Telephone: (415) 826-2371
7  Facsimile:  (415) 824-7148
   Email: apc716@pacbell.net
8

9  JAI M. GOHEL, CA SBN No. 170782
   Attorney at Law
10 819 Eddy Street
   San Francisco, California 94109
11 Telephone: (415) 771-6174
   Facsimile:  (415) 474-3748
12 Email: jaigohel@rocketmail.com
13

14 Attorneys for Plaintiffs

15

16                    UNITED STATES DISTRICT COURT

17                    NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 18  ALFRED J. ABONO, JR. | Case No: C07-3969 SBA |
| 19         Plaintiff, | |
| 20  v. | **[PROPOSED] ORDER** |
| 21  CITY OF PITTSBURG, a municipal entity form unknown; AARON L. BAKER, Chief of Police, City of Pittsburg in his individual and official capacity; LT. W. DERBY, City of Pittsburg Police Department, an individual, SGT. (fnu) CALIA, City of Pittsburg Police Department, an individual, SGT. (fnu) DUPONT, City of Pittsburg Police Department, an individual, and JOHN DOES 1-20, | Complaint Filed: August 2, 2007; Amended Complaint Filed: September 12, 2007 |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27         Defendants. | |

28

___

STIPULATION   [C07-5371-MHP]

1
2       PURSUANT TO STIPULATION IT IS HEREBY ORDERED that the Case
3  Management Conference currently set for April 24, 2008 at 3:45 p.m. BE VACATED and set
4  for a Case Management Conference by the Court's Clerk after May 12, 2008.
5
6  Dated:
7
8
9                                         _____
                                          Hon. SAUNDRA BROWN ARMSTRONG
10                                        United States District Court Judge
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28