**meyers | nave riback silver & wilson**
professional law corporation

Deborah J. Fox
Attorney at Law
213.626.2906

April 15, 2008

<u>VIA E-FILE</u>

Judge James Larson
United States District Court
450 Golden Gate Avenue
Courtroom F, 15th Floor
San Francisco, CA 94102

RE:   *Alfred Abono, et al. v. City of Pittsburg, et al.*
      U.S. District Court - Northern District Docket No. C07-03969 SBA,
      related to U.S. District Court - Northern District Docket C07-05371 MHP
      Continued Settlement Conference

Dear Judge Larson:

This letter serves to confirm that all of the parties have agreed to return to day 2 of settlement conference on May 12, 2008 at 10:00 a. m. in the two above referenced matters. Pursuant to my conversation with your clerk, the parties will each file updated settlement conference statements one week prior to our continued settlement session.

Attorney Tricia Hynes and I will appear representing the City of Pittsburg and three individual police officer defendants in this matter. At this continued settlement conference we plan on bringing Police Chief Aaron Baker. We would seek your permission to excuse the three defendant officers—Lieutenant Wade Derby, Sergeant Calia and Sergeant DuPont. The City Council has met in closed session and considered the settlement proposal offered by plaintiffs and will be prepared to respond at our May session.

I am hopeful that this request for attendance by Chief Baker is acceptable. Thank you for your consideration of this request and I look forward to our continued settlement session.

Very truly yours,

MEYERS, NAVE, RIBACK, SILVER & WILSON


        /s/
Deborah J. Fox
cc:     Dennis Cunningham, Esq. (via electronic mail)
        Jai Gohen, Esq. (via electronic mail)
        Alan Caplan, Esq. (via electronic mail)
1083819.1

333 South Grand Avenue, Suite 1670  |  Los Angeles, California 90071  |  tel 213.626.2906  |  fax 213.626.0215  |  www.meyersnave.com

LOS ANGELES • OAKLAND • SACRAMENTO • SAN FRANCISCO • SANTA ROSA