| | |
|---|---|
| 1 | DENNIS CUNNINGHAM, CA SBN 11290 |
| | Law Offices of Dennis Cunningham |
| 2 | 115 ½   Bartlett Street |
| | San Francisco, California 94110 |
| 3 | Telephone:  (415) 285-8091 |
| 4 | Facsimile:    (415) 285-8092 |

ALAN CAPLAN, MA SBN 072700
630 Carolina Street
San Francisco, CA 94107
Telephone: (415) 826-2371
Facsimile:    (415) 824-7148
Email: apc716@pacbell.net

JAI  M. GOHEL, CA SBN No. 170782
Attorney at Law
819 Eddy Street
San Francisco, California 94109
Telephone: (415) 771-6174
Facsimile:    (415) 474-3748
Email: jaigohel@rocketmail.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED J. ABONO, JR. | Case No:  C07-3969 SBA |
|            Plaintiff, | |
| v. | **ORDER** |
| CITY OF PITTSBURG, a municipal entity form unknown; AARON L. BAKER, Chief of Police, City of Pittsburg in his individual and official capacity; LT. W. DERBY, City of Pittsburg Police Department, an individual, SGT. (fnu) CALIA, City of Pittsburg Police Department, an individual, SGT. (fnu) DUPONT, City of Pittsburg Police Department, an individual, and JOHN DOES 1-20, | Complaint Filed:  August 2, 2007; Amended Complaint Filed:  September 12, 2007 |
|            Defendants. | |

[PROPOSE] ORDER      [C07-5371-MHP]

1
2   IT IS HEREBY ORDERED THAT that the Case Management Conference scheduled
3   for April 24, 2008 shall be CONTINUED to May 29, 2008 at 3:30 p.m. The parties shall **meet**
4   **and confer** prior to the conference and shall prepare a joint Case Management Conference
5   Statement which shall be filed no later than ten (10) days prior to the Case Management
6   Conference  that complies with the Standing Order For All Judges Of The Northern District Of
7   California and the Standing Order of this Court.  Plaintiffs shall be responsible for filing the
8   statement as well as for arranging the conference call.  All parties shall be on the line and
9   shall call (510) 637-3559 at the above indicated date and time.
10
11  Dated:  4/22/08
12
13
14                              _____
15                              Hon. SAUNDRA BROWN ARMSTRONG
                                United States District Court Judge