UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL CASE MANAGEMENT CONFERENCE MINUTES

**Date:** 6/5/08

C-07-03969 SBA        **JUDGE:** SAUNDRA BROWN ARMSTRONG

**Title:** ABONO ET AL vs. CITY OF PITTSBURG ET AL
**Atty.:** ALAN CAPLAN          TRICIA HYYNES

**Deputy Clerk:** Lisa R. Clark        **Court Reporter:** N/R
**PROCEEDINGS**
Plt   DFT
( )   ( ) **1.** TELEPHONE CMC - HELD
( )   ( ) **2.**
( )   ( ) **3.**
( )   ( ) **4.**
( ) Motion(s)    ( ) Granted    ( ) Denied    ( ) Off Calendar
         ( ) Granted/Part  ( ) Denied/Part  ( ) Submitted
(X) Order to be prepared by  ( ) Plaintiff  ( )Deft  (X) Court

**RESULT OF CASE MANAGEMENT CONFERENCE**
Case Continued to_____ for a Telephone Case Management Conference at  p.m.
Case Continued to_____ for  OSC RE:_____
Case Continued to_____ for_____ Motion Hearing
Brief Sched. Motion papers by_____ Opposition by_____ Reply by_____
General Discovery Cut-off_____ Expert Discovery Cut-off_____
Plft to name Experts by_____ Deft to name Experts by_____
All Dispositive Motions to be heard by ( Motion Cut-off)_____
Case Continued to_____ for Pretrial Conference at 1:00 p.m.
Pretrial Papers Due_____ Motions in limine/objections to evidence due_____ Responses
to motions in limine and/or responses to objections to evidence due_____
Case Continued to_____ for Trial(Court/Jury:_____ Days) at 8:30 a.m.
( ) REFERRED TO MAGISTRATE_____ FOR SETTLEMENT CONFERENCE
( ) REFERRED TO MAGISTRATE TO BE ASSIGNED FOR ALL DISCOVERY MATTERS
 **Notes:** PARTIES NOTIFIED THE COURT THE CASE HAS BEEN RESOLVED AND THEY NEEDED TIME TO FINALIZE THE DOCUMENTS; COURT TO ISSUE 60 DAY CONDITIONAL DISMISSAL
cc: